IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE ROSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:10cv253-WHA |
| | ) | |
| J.A. KELLER, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #13), entered on June 21, 2010, the Recommendation is adopted, and it is hereby

ORDERED that this 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice, because the case is not ripe for review, and because of Ross's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 13th day July, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE